IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES SZULCZEWSKI,

               Plaintiff,

v.

DR. CHRISTOPHER GREEN, M.D., *et al.*,

               Defendants.

ORDER

15-cv-607-wmc

---

Plaintiff James Szulczewksi filed this civil action under 42 U.S.C. § 1983, alleging he was severely injured during an emergency visit to the University of Wisconsin Hospital on July 4 and 5, 2013. At plaintiff's request, the court has recruited counsel Erin Rome of the law firm of Haley Palmersheim for the limited purpose of assisting plaintiff with drafting an amended complaint which clarifies his claims. *See* 28 U.S.C. § 1915(e)(1) ("The court may request an attorney to represent any person unable to afford counsel."); *Pruitt v. Mote*, 503 F.3d 647, 653-54 (7th Cir. 2007) (en banc) (noting that § 1915(e)(1) confers, at most, discretion "to recruit a lawyer to represent an indigent civil litigant *pro bono publico*"). Accordingly, the court will enter her appearance as plaintiff's *pro bono* counsel for the record.

Entered this 22nd day of June, 2016.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge