# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES SZULCZEWSKI,

        Plaintiff,

v.

DR. CHRISTOPHER GREEN, M.D., *et al.*,

        Defendants.

ORDER

15-cv-607-wmc

Plaintiff James Szulczewski is proceeding in this lawsuit on state and constitutional law claims against defendants related to the manner in which he was transported to and from the University of Wisconsin Hospital on July 4 and 5 of 2013. On January 19, 2018, defendants Schaller and VanRybrock filed a motion for summary judgment (dkt. #32), and defendants Green and Katen-Bahensky filed a motion for judgment on the pleadings (dkt. #41). The court set February 9, 2018, as plaintiff's deadline to respond to the motion for judgment on the pleadings, and February 20, 2018, as plaintiff's opposition deadline for the motion for summary judgment. Plaintiff failed to respond to either motion by those deadlines and instead filed a request for an extension. His request was granted, and he received a 30-day extension of time -- until March 23, 2018 -- to respond to both motions. That deadline has passed and plaintiff still has failed to oppose either motion, nor has he sought another extension or otherwise provided the court with an indication that he plans to file an opposition. Plaintiff's failure to respond to defendants' motions suggests that he may have lost interest in pursuing this case and no longer intends to prosecute it.

Plaintiff will receive *one* more opportunity to submit a substantive response to defendants' motions. If he fails to do so by the new deadline, the court will dismiss this

case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for his failure to prosecute.

ORDER

IT IS ORDERED that plaintiff James Szulczewski may have until **May 4, 2018**, to file a response to defendants' motions.  **If plaintiff does not respond by that date, the court will dismiss this case with prejudice under Federal Rule of Civil Procedure 41(b) for plaintiff's failure to prosecute it.**

Entered this 20th day of April, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge