IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES SZULCZEWSKI,

                     Plaintiff,

    v.

DR. CHRISTOPHER GREEN, M.D., *et al.*,

                    Defendants.

ORDER

15-cv-607-wmc

---

On January 19, 2018, defendants Richard Schaller and Gregory VanRyBrock filed a motion for summary judgment (dkt. #32), and defendants Christopher Green and Donna Katen Bahensky filed a motion for judgment on the pleadings (dkt. #41). The court set February 21, 2018, as plaintiff's deadline to respond to the motion for summary judgment, and February 9, 2018, as plaintiff's deadline to respond to the motion for judgment on the pleadings. Plaintiff failed to respond to either motion by those deadlines and instead filed a request for an extension. His request was granted, and he received a 30-day extension of time -- until March 23, 2018 -- to respond to both motions, but he still filed nothing. On April 20, 2018, the court gave plaintiff until May 4, 2018, to file a response to defendants' motions and warned plaintiff that his case would be dismissed for failure to prosecute if he did not respond. (Dkt. #49.) Plaintiff's new deadline has passed and the court has received nothing from plaintiff. Accordingly, the court is dismissing this case with prejudice for plaintiff's failure to prosecute. *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

ORDER

IT IS ORDERED that plaintiff James Szulczewski's claims are DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment for defendants and close this case.

Entered this 21st day of May, 2018.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge