IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES E. SZULCZEWSKI,

    Plaintiff,

v.

DR. CHRISTOPHER GREEN, M.D.,
DONNA KATEN-BAHENSKI,
KITTY RHOADES, RICHARD SCHALLER
and DR. GREGORY VANRYBROCK,

    Defendants,

JUDGMENT IN A CIVIL CASE

15-cv-607-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff's failure to prosecute.

/s/                                                          5/21/2018

Peter Oppeneer, Clerk of Court                         Date